**FILED**

12/21/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0505

IN THE SUPREME COURT OF THE STATE OF MONTANA

SUPREME COURT CAUSE NO. DA-20-0505

STATE OF MONTANA,                      )
                                       )
            Plaintiff/Appellees,       )
                                       )        **ORDER FOR ADDITIONAL**
      vs.                              )        **TIME TO FILE OPENING BRIEF**
                                       )
JOEL WALBERG,                          )
                                       )
            Defendant/Appellant.       )
_____)

        Upon review of the Defendant/Appellant Unopposed Motion for Additional Time for Filing Opening Brief, and good cause therefrom;

        It is hereby ORDERED that the Defendant/Appellant shall have an additional thirty (30) days from the original due date to file their Opening Brief.  Defendant/Appellant Opening Brief will be due January 22, 2021.

cc: Jami Rebsom
      Attorney General Office

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 21 2020